**Order entered February 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01048-CV

### WILLIAM CHARLES BUNDREN, KAREN BUNDREN, AND WILLIAM MARK BUNDREN, Appellants

### V.

### COLLIN CENTRAL APPRAISAL DISTRICT, COLLIN APPRAISAL REVIEW BOARD, JAMES TERILLI, AND BO DAFFIN, Appellees

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 416-05054-2017

## ORDER

Before the Court is the February 19, 2019 motion of appellees Collin Appraisal Review Board and James Terilli for an extension of time to file a brief. We **GRANT** the motion and extend the time to **March 5, 2019**.

/s/     KEN MOLBERG
        JUSTICE